IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEBRA C. COLBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 10-115- N |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Plaintiff has filed a Motion for Attorneys Fees (doc. 23), seeking an award in the amount of $2,664.97 pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). The Commissioner has filed a Response (doc. 25) indicating that he does not oppose the motion or an award of fees in the amount requested. Upon review, the hours and rate requested appear reasonable, as does the total claim of $2,664.97.

Accordingly, it is hereby ORDERED that plaintiff's Motion for Attorneys Fees is GRANTED, and that defendant shall pay plaintiff the sum of $2.664.97 pursuant to the EAJA.

DONE this the 1st day of April, 2011.

/s/ Katherine P. Nelson
UNITED STATES MAGISTRATE JUDGE